PAUL L. GALE (SBN 65873)
paul.gale@troutmansanders.com
JEREMY A. RHYNE (SBN 217378)
jeremy.rhyne@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Tel:   (949) 622-2700
Fax:   (949) 622-2739

*Attorneys for Plaintiff*
*ITALIA MARITTIMA, S.P.A.*

GARY A. ANGEL (SBN 70006)
angelgary@aol.com
FREAR STEPHEN SCHMID (SBN 96089)
LAW OFFICES OF GARY A. ANGEL
177 Post St., Eighth Floor
San Francisco, CA 94108
Tel:   (415) 788-5935
Fax:   (415) 788-5958

*Attorneys for Defendants*
*TRICOR SERVICES, LLC and*
*MARINE TERMINALS CORP.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ITALIA MARITTIMA, S.P.A., an Italian Company,<br><br>     Plaintiff,<br><br>v.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC, A Delaware Limited Liability Company; MARINE TERMINALS CORPORATION, A Nevada Corporation; and TRICOR SERVICES, LLC, A Delaware Limited Liability Company,<br><br>     Defendants. | Case No. CV 10-00803 PJH<br><br>HON. PHYLLIS J. HAMILTON<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS HEARING FROM MAY 5, 2010 TO MAY 12, 2010** |

1035177v1

1   WHEREAS, on March 18, 2010, Defendant Marine Terminals Corp. ("MTC") filed a
2  motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure
3  and set the hearing date for May 5, 2010, at 9:00 a.m.;

5   WHEREAS, on March 19, 2010, Defendant Tricor Services, LLC ("Tricor") filed a
6  motion to dismiss the complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure
7  and set the hearing date for May 12, 2010, at 9:00 a.m.;

9   WHEREAS, on March 26, 2010, Plaintiff filed a first amended complaint;

11  WHEREAS, in the interests of judicial economy, efficiency, and in the interest of time
12  and expense to the parties;

14  IT IS HEREBY STIPULATED, subject to the approval of this Court:

16  1.   The two motions to dismiss shall be deemed made in response to Plaintiffs' first
17  amended complaint.

19  2.   The hearing on MTC's motion to dismiss is continued from May 5, 2010 to
20  May12, 2010 at 9:00 a.m. so that it can be heard at the same time and date as Tricor's motion to
21  dismiss; and

23  3.   Although the hearing date on MTC's motion to dismiss has been continued to May
24  12, 2010, Plaintiff will file its opposition to that motion in accordance with the time requirements
25  of the original May 5, 2010 hearing date, *i.e.*, April 14, 2010.

Dated: March 24, 2010								TROUTMAN SANDERS LLP

										By:	/s/ Paul L. Gale
											Paul L. Gale
											Jeremy A. Rhyne

										*Attorneys for Plaintiff*
										*Italia Marittima, S.P.A.*

Dated: March 24, 2010								LAW OFFICES OF GARY A. ANGEL

										By: /s/ Gary A. Angel
											Gary A. Angel

										*Attorneys for Defendants*
										*Marine Terminals Corp. and*
										*Tricor Services, LLC*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __March 30__, 2010       _____

HON. PHYLLIS J. HAMILTON