UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ITALIA MARITTIMA, S.P.A.,

    Plaintiff,

    v.

SEASIDE TRANSPORTATION SERVICES, LLC, et al.,

    Defendants.

_____/

No. C 10-0803 PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on the motions to dismiss filed by defendants Marine Terminals Corporation and Tricor Services, LLC, previously set for Wednesday, May 12, 2010, has been CONTINUED to Wednesday, June 16, 2010, the date set for the hearing on defendant Seaside Transportation Services, LLC's motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge