```
 1  GARY A. ANGEL, CSB No. 70006
    FREAR STEPHEN SCHMID, CSB No. 96089
 2  LAW OFFICES OF GARY A. ANGEL
    177 POST STREET, EIGHTH FLOOR
 3  SAN FRANCISCO, CA  94108
    TELEPHONE:  (415) 788-5935
 4  FACSIMILE:  (415) 788-5958

 5  Attorneys for Defendants
    MARINE TERMINALS CORPORATION
 6  AND TRICOR SERVICES, LLC
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIA MARITTIMA, S.P.A., an Italian Company, | No. CV-10-00803 PJH |
| Plaintiff, | [~~PROPOSED~~] **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SEASIDE TRANSPORTATION SERVICES, LLC, et al. | |
| Respondent. | |

Upon the written request of defendants, Marine Terminals Corporation and Tricor Services, LLC, for an order rescheduling the case management conference from June 10, 2010 until a date after the court's consideration of the pending motions to dismiss, and good cause appearing therefor,

**IT IS HEREBY ORDERED**, that the case management conference in the above matter is continued until **July ~~30~~ 29, 2010, at 2:00 PM**, in this court.  The parties are ordered to submit their Joint Case Management Statement not less than seven (7) days prior to thereto.

///

1

ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1  **IT IS SO ORDERED**.

2  DATED: May _ 14 _, 2010



_____
Hon. _____
Judge _____ District Court

ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE