PAUL L. GALE (SBN 65873)
paul.gale@troutmansanders.com
JEREMY A. RHYNE (SBN 217378)
jeremy.rhyne@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Tel:  (949) 622-2700
Fax: (949) 622-2739

JOHN E. HOLLOWAY, *admitted pro hac vice*
john.holloway@troutmansanders.com
DAWN L. SERAFINE, *admitted pro hac vice*
dawn.serafine@troutmansanders.com
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, VA 23510
Tel:  (757) 640-0004
Fax: (757) 640-7510

Attorneys for Plaintiff
ITALIA MARITTIMA, S.P.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ITALIA MARITTIMA, S.P.A., an Italian Company,<br><br>    Plaintiff,<br><br>v.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC, a Delaware Limited Liability Company; MARINE TERMINALS CORPORATION, a Nevada Corporation; and TRICOR SERVICES, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No.  CV 10-0803 PJH<br><br>HON. PHYLLIS J. HAMILTON<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1042794v1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
CV 10-0803 PJH

Upon consideration of the parties' stipulation to continue the Case Management Conference, the Court orders as follows:

    1.    The Case Management Conference currently scheduled for July 29, 2010 is continued to a date to be determined by the Court, but no earlier than four weeks after the Court rules on defendants' pending Rule 12()b)(6) motions to dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _July 9_____, 2010        _____

HON. PHYLLIS J. HAMILTON

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1042794v1

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
CV 10-0803 PJH