**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7
8
9   ITALIA MARITTIMA, S.P.A.
10              Plaintiff,                      No. C 10-0803 PJH
11        v.                                    **ORDER**
12  SEASIDE TRANSPORTATION
    SERVICES, LLC, et al.,
13
                Defendants.
14  _____/

15          Plaintiff Italia Marittima, S.p.A. ("Italia Marittima") seeks leave to file a motion for

16  reconsideration of the court's September 7, 2010, order granting the motion of defendant

17  Marine Terminals Corporation ("MTC") to dismiss the claims asserted against it, without

18  leave to amend.  Plaintiff claims that the court did not consider that Italia Marittima's

19  indemnity claims against MTC did not accrue until Italia Marittima made payment or

20  judgment was affixed, and that Italia Marittima should be permitted leave to amend its

21  claims against MTC (just as it was permitted leave to amend its claims against Seaside

22  Transportation Services LLC ("Seaside") on the same theory).

23          As the court noted in the September 7, 2010 order, the complaint does not mention

24  indemnity.  However, as to Seaside, Italia Marittima did mention in its opposition to the

25  motion to dismiss that it was proceeding under theories of indemnity and contribution.  On

26  that rather thin basis, the court agreed to permit Italia Marittima to amend its claims against

27  Seaside.  However, Italia Marittima did not make the same assertion in its opposition to

28  MTC's motion.  Moreover, it is the court's recollection that the discussion at the hearing

1    regarding indemnity was in the context of Italia Marittima's opposition to Seaside's motion,

2    not its opposition to MTC's.

3         The court will consider granting the motion for reconsideration only if Italia Marittima

4    can establish that it previously asserted that its claims against MTC were based on an

5    indemnity theory.

6

7    **IT IS SO ORDERED.**

8    Dated:  September 29, 2010

9                                                    _____

                                                     PHYLLIS J. HAMILTON
10                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28