UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ITALIA MARITTIMA, S.P.A.,

    Plaintiff,

    v.

SEASIDE TRANSPORTATION SERVICES, LLC, et al.,

    Defendants.

No. C 10-0803 PJH

**ORDER RE MOTIONS TO DISMISS THIRD AMENDED COMPLAINT, AND MOTION FOR LEAVE TO AMEND**

Before the court are motions to dismiss the third amended complaint, filed by defendants Seaside Transportation Services, LLC; Marine Terminals Corporation; and Tricor Services, LLC; and a motion for leave to file a "corrected" third amended complaint (which the court interprets as a motion for leave to amend), filed by plaintiff Italia Marittima, S.p.A. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the court hereby DENIES the motions to dismiss, and GRANTS the motion for leave to amend.

The amended complaint shall be filed, no later than July 25, 2011, as the fourth amended complaint. Any response to the fourth amended complaint shall be presented in one motion joined by all defendants.

The date for the hearing on the parties' motions, previously scheduled for July 13, 2011, is VACATED.

**IT IS SO ORDERED.**

Dated: June 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge