UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ITALIA MARITTIMA, S.P.A.,

    Plaintiff,

    v.

SEASIDE TRANSPORTATION SERVICES, LLC, et al.,

    Defendant.

_____/

No. C 10-0803 PJH

**ORDER**

The date for the hearing on the motion to dismiss filed by defendants Marine Terminals Corporation and Tricor Services LLC, previously set for August 24, 2011, has been CONTINUED to Wednesday, September 28, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge