UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIA MARITTIMA, S.P.A., an Italian Company<br><br>        Plaintiff,<br><br>vs.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC, A Delaware Limited Liability Company; MARINE TERMINALS CORPORATION, A Nevada Corporation; and TRICOR SERVICES, LLC, A Delaware Limited Liability Company,<br><br>        Defendants. | CASE NO.: 10-cv-00803 PJH<br><br>[Honorable Phyllis J. Hamilton]<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED COMPLAINT AND/OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT |

1

1    Pursuant to the Stipulation by Plaintiff ITALIA MARITTIMA S.P.A. ("Plaintiff") and
2    Defendant SEASIDE TRANSPORTATION SERVICES, LLC ("Defendant") to Continue
3    Hearing on Defendant's Motion to Dismiss Plaintiff's Fifth Amended Complaint and/or
4    Alternatively for a More Definite Statement (the "motion"), the Court HEREBY ORDERS that
5    the hearing on the motion be continued from January 25, 2012 at 9:00 a.m. to February 15, 2012
6    at 9:00 a.m. in Courtroom 3.

8    IT IS SO ORDERED.

10   Dated: January __10__, 2012

         _____
         IT IS SO ORDERED
         Judge Phyllis J. Hamilton

---

2

[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED COMPLAINT AND/OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT