GARY A. ANGEL, CSB No. 70006
Email: angelgary@aol.com
FREAR STEPHEN SCHMID, CSB No. 96089
Email: frearschmid@aol.com
FREAR STEPHEN SCHMID, CSB No. 96089
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5935
FACSIMILE:  (415) 788-5958

Attorneys for Defendants MARINE TERMINALS
CORPORATION AND TRICOR SERVICES, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIA MARITTIMA, S.P.A., an Italian Company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC, et al.<br><br>　　　　　Defendants.<br>_____/<br>AND RELATED CROSS-COMPLAINT AND THIRD PARTY COMPLAINT.<br>_____/ | Case No. CV-10-00803 PJH<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-entitled action, and that documentation is being prepared consistent with a global settlement with prejudice of this entire matter involving all parties and representatives in this case and the London Arbitration.

DATED: January 28, 2013　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　LAW OFFICES OF GARY A. ANGEL

　　　　　　　　　　　　　　　　　 /s/ Gary A. Angel
　　　　　　　　　　　　　　　　　Gary A. Angel, Attorneys for Defendants
　　　　　　　　　　　　　　　　　MARINE TERMINALS CORPORATION AND
　　　　　　　　　　　　　　　　　TRICOR SERVICES, LLC