| | |
|---|---|
| 1 | PAUL L. GALE (SBN 65873) |
| | paul.gale@troutmansanders.com |
| 2 | TROUTMAN SANDERS LLP |
| | 5 Park Plaza, Suite 1400 |
| 3 | Irvine, CA 92614-2545 |
| | Tel: (949).622-2700 |
| 4 | Fax: (949).622-2739 |
| 5 | JOHN E. HOLLOWAY, *admitted pro hac vice* |
| | john.holloway@troutmansanders.com |
| 6 | TROUTMAN SANDERS LLP |
| | 150 West Main Street, Suite 1600 |
| 7 | Norfolk, VA 23510 |
| | Tel: (757) 640-0004 |
| 8 | Fax: (757) 640-7510 |
| 9 | Attorneys for Plaintiff |
| | ITALIA MARITTIMA, S.P.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ITALIA MARITTIMA, S.P.A., an Italian Company, | Case No. CV 10-00803 PJH |
| Plaintiff, | HON. PHYLLIS J. HAMILTON |
| v. | **NOTICE OF SETTLEMENT** |
| SEASIDE TRANSPORTATION SERVICES, LLC, A Delaware Limited Liability Company; MARINE TERMINALS CORPORATION, A Nevada Corporation; and TRICOR SERVICES, LLC, A Delaware Limited Liability Company, | |
| Defendants. | |

20295247v1

1  PLEASE TAKE NOTICE that the parties have reached a settlement of the above-entitled
2  action, and that this case should therefore be removed from the civil active list.

3

4  Dated: February 20, 2013             TROUTMAN SANDERS LLP

5
                                        By:  /s/ Paul L. Gale
6                                            Paul L. Gale
                                             John E. Holloway, *admitted pro hac vice*
7
                                             Attorneys for Plaintiff
8                                            ITALIA MARITTIMA, S.P.A.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20295247v1                       - 1 -
NOTICE OF SETTLEMENT; CASE NO. CV 10-00803 PJH