| | |
|---|---|
| 1 | PAUL L. GALE (SBN 65873) |
| | paul.gale@troutmansanders.com |
| 2 | TROUTMAN SANDERS LLP |
| | 5 Park Plaza, Suite 1400 |
| 3 | Irvine, CA  92614-2545 |
| | Tel:    (949).622-2700 |
| 4 | Fax:    (949).622-2739 |
| 5 | JOHN E. HOLLOWAY, *admitted pro hac vice* |
| | john.holloway@troutmansanders.com |
| 6 | TROUTMAN SANDERS LLP |
| | 150 West Main Street, Suite 1600 |
| 7 | Norfolk, VA  23510 |
| | Tel:    (757) 640-0004 |
| 8 | Fax:    (757) 640-7510 |
| 9 | Attorneys for Plaintiff |
| | ITALIA MARITTIMA, S.P.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ITALIA MARITTIMA, S.P.A., an Italian Company, | Case No.  CV 10-00803 PJH |
| Plaintiff, | HON. PHYLLIS J. HAMILTON |
| v. | **NOTICE OF SETTLEMENT** AND ORDER |
| SEASIDE TRANSPORTATION SERVICES, LLC, A Delaware Limited Liability Company; MARINE TERMINALS CORPORATION, A Nevada Corporation; and TRICOR SERVICES, LLC, A Delaware Limited Liability Company, | |
| Defendants. | |

20295247v1

NOTICE OF SETTLEMENT; CASE NO.  CV 10-00803 PJH

1   PLEASE TAKE NOTICE that the parties have reached a settlement of the above-entitled

2  action, and that this case should therefore be removed from the civil active list.

3

4  Dated: February 20, 2013                    TROUTMAN SANDERS LLP

5
                                               By: /s/ Paul L. Gale
6                                                  Paul L. Gale
                                                   John E. Holloway, *admitted pro hac vice*
7
                                                   Attorneys for Plaintiff
8                                                  ITALIA MARITTIMA, S.P.A.

9

10                                             2/21/13

11


IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20295247v1

- 1 -

NOTICE OF SETTLEMENT; CASE NO. CV 10-00803 PJH